Case 4:15-cr-10009-JEM   Document 13   Entered on FLSD Docket 08/06/2015   Page 1 of 4

Filed by ___ D.C.

Aug 6, 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. –MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**15-10009-CR-MARTINEZ/GOODMAN**
CASE NO. _____

18 U.S.C. § 2332a(a)(2)
18 U.S.C. § 2339B(a)(1)

UNITED STATES OF AMERICA

v.

HARLEM SUAREZ,
   a/k/a "Almlak Benitez,"
   a/k/a "Harlem Quintana,"

       Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Attempting to Use a Weapon of Mass Destruction**
**(18 U.S.C. § 2332a(a)(2))**

Beginning on a date unknown to the Grand Jury, but no later than in or around March 2015, and continuing until on or about July 27, 2015, in Monroe and Miami-Dade Counties, in the Southern District of Florida, the defendant,

**HARLEM SUAREZ,**
**a/k/a "Almlak Benitez,"**
**a/k/a "Harlem Quintana,"**

did knowingly attempt to use, without lawful authority, a weapon of mass destruction, that is, a destructive device, as defined in Title 18, United States Code, Section 921(a)(4), against any person or property within the United States, and the offense and the results of the offense would have affected interstate and foreign commerce, in violation of Title 18, United States Code, Section 2332a(a)(2).

## COUNT 2
### Attempting to Provide Material Support to a Foreign Terrorist Organization
### (Islamic State of Iraq and the Levant)
### (18 U.S.C. § 2339B(a)(1))

Beginning on a date unknown to the Grand Jury, but no later than in or around March 2015, and continuing until on or about July 27, 2015, in Monroe and Miami-Dade Counties, in the Southern District of Florida, the defendant,

**HARLEM SUAREZ,**
a/k/a "Almlak Benitez,"
a/k/a "Harlem Quintana,"

did knowingly attempt to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), namely, personnel, to a Foreign Terrorist Organization, that is, the Islamic State of Iraq and the Levant, knowing that the organization has engaged and engages in terrorist activity, as defined in Title 8, United States Code, Section 1182(a)(3)(B); all in violation of Title 18, United States Code, Section 2339B(a)(1).

A TRUE BILL

_____
FOREPERSON

_____, Chief, Cr- Div
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MARC S. ANTON
ASSISTANT UNITED STATES ATTORNEY

_____
KAREN E. GILBERT
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

**HARLEM SUAREZ,**
   a/k/a "Almlak Benitez,"
   a/k/a "Harlem Quintana,"

            **Defendant.**

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami   _X_ Key West   ___ FTP
___ FTL   ___ WPB

New Defendant(s) ___   No
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take   7   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   0 to 5 days   X
   II   6 to 10 days
   III   11 to 20 days
   IV   21 to 60 days
   V   61 days and over

   (Check only one)
   Petty
   Minor
   Misdem.
   Felony   X

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   Yes
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers   15-mj-05016-Snow
   Defendant(s) in federal custody as of   07/27/2015
   Defendant(s) in state custody as of _____
   Rule 20 from the _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

_____
MARC S. ANTON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 148369

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: HARLEM SUAREZ, a/k/a "Almlak Benitez," a/k/a "Harlem Quintana"

**Case No**: _____

Count #: 1

Attempted Use of a Weapon of Mass Destruction

Title 18, United States Code, Section 2332a(a)(2)

**\*Max. Penalty:** Life Imprisonment

Count #: 2

Providing Material Support to a Designated Foreign Terrorist Organization

Title 18, United States Code, Section 2339B(a)(1)

**\* Max. Penalty**: 20 Years' Imprisonment

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.