UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-10009-CR-MARTINEZ

UNITED STATES OF AMERICA

v.

HARLEM SUAREZ,
   a/k/a "Almlak Benitez,"
   a/k/a "Harlem Quintana,"

                Defendant.
_____/

## GOVERNMENT'S CONTINUING AND FOURTH RESPONSE TO THE STANDING DISCOVERY ORDER

Pursuant to the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial, the United States is hereby providing the following supplemental discovery materials:

1) **Documents numbered 1067 – 1276 burned to a CD.**
   *Please note that documents numbered 1067-1226 are sensitive.*
2) 1 CD entitled "1D26,1D27, 7-19 mtg"
3) 1 CD entitled "1D28,1D29, 7-19 mtg"
4) 2 CD's entitled "1D55, 7-27 mtg aerial" (1 of 2 and 2 of 2)
5) 1 CD entitled "Walgreens Key West, 7/13/15 and 7/16/15"

    Respectfully submitted,

    **WIFREDO A. FERRER**
    UNITED STATES ATTORNEY

By:  /s/ Marc S. Anton
     MARC S. ANTON
     Assistant U.S. Attorney
     Florida Bar No. 0148369
     99 N.E. 4th Street, Suite 815
     Miami, Florida 33132
     Tel: (305) 961-9287
     Fax: (305) 536-4675
     Marc.anton@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and mailed copies of all attachments to Richard Della Fera, Esq., 633 S. Andrews Avenue, Suite 500, Fort Lauderdale, FL 33301.

/s/ Marc S. Anton
Assistant U.S. Attorney