UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-10009-CR-MARTINEZ

UNITED STATES OF AMERICA

v.

HARLEM SUAREZ,
   a/k/a "Almlak Benitez,"
   a/k/a "Harlem Quintana,"

                       Defendant.
_____/

## GOVERNMENT'S CONTINUING AND SEVENTH RESPONSE TO THE STANDING DISCOVERY ORDER

Pursuant to the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial, the United States is hereby providing the following supplemental discovery materials:

1) **Transcripts bearing bates numbers 1591- 1623;**
2) **1 CD containing "text messages."**
   *Please note that both of these items are sensitive.*

*Additionally, there exists approximately 1 banker's box of documents that were seized from the defendant's residence during the time of the execution of the search warrant that are available for copying and/or inspection upon request.*

                                 Respectfully submitted,

                                 **WIFREDO A. FERRER**
                                 UNITED STATES ATTORNEY

            By:   /s/ Marc S. Anton_____
                    MARC S. ANTON
                    Assistant U.S. Attorney
                  Florida Bar No. 0148369
                  99 N.E. 4th Street, Suite 815
                  Miami, Florida 33132
                  Tel: (305) 961-9287
                  Fax: (305) 536-4675
                  Marc.anton@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 26, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and mailed copies of all attachments to Richard Della Fera, Esq., 633 S. Andrews Avenue, Suite 500, Fort Lauderdale, FL 33301.

/s/ Marc S. Anton_____
Assistant U.S. Attorney