UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Key West Division

CASE NO.  15-10009-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

HARLEM SUAREZ,
    a/k/a "Almlak Benitez"
    a/k/a "Harlem Quintana"

    Defendant.

_____/

## JOINT MOTION RE: DEFENDANT'S COMPETENCY

The United States of America and Defendant, HARLEM SUAREZ, by and through their undersigned counsel, and hereby file this Joint Motion re: Defendant's Competency and states unto the Court as follows:

1. A competency evaluation of Defendant was conducted by Dr. Alejandro Arias at the Order of the Court following Defendant's Motion for a Competency Evaluation.

2. Undersigned counsel for the Government and the Defendant have received a copy of the report and have reviewed it.

3. Based upon the report of Dr. Arias, the parties stipulate that Defendant is competent at this time to proceed in this matter.

Respectfully submitted,

| | |
|---|---|
| UNITED STATES ATTORNEY'S OFFICE | ENTIN & DELLA FERA, P.A. |
| 99 NE 4TH Street | 633 South Andrews Ave., Suite 500 |
| Miami, Florida 33132-2131 | Fort Lauderdale, Florida 33301 |
| Telephone (305) 961-9000 | Telephone:  (954) 761-7201 |
| Facsimile:  (305) 536-4675 | Facsimile:  (954) 764-2443 |
| Email: marc.anton@doj.gov | Email:  richard@entinlaw.com |
| By: *s/ Marc Anton* | By: *s/ Richard F. Della Fera* |
|      MARC S. ANTON |      RICHARD F. DELLA FERA |
|      Fla. Bar No. 148369 |      Fla. Bar No. 66710 |

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on January 25, 2016, the foregoing document was filed with the Clerk of the Court using CM/ECF.  It is also certified that the foregoing document is being served this day on all counsel of record or pro se parties either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                                                *s/ Richard F. Della Fera*