UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Key West Division

CASE NO.  15-10009-CR-MARTINEZ/GOODMAN

UNITED STATES OF AMERICA

    Plaintiff,

vs.

HARLEM SUAREZ,
    a/k/a "Almlak Benitez"
    a/k/a "Harlem Quintana"

    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

COMES NOW Defendant, HARLEM SUAREZ, by and through his undersigned counsel, and hereby files this Unopposed Motion to Continue Trial and states unto the Court as follows:

1. Trial in this matter is currently scheduled to take place on Monday, April 4, 2016, before the Honorable Jose E. Martinez. The Calendar Call is currently scheduled to be held on Thursday, March 31, 2016 at 1:30 p.m.

2. The production of discovery has been extensive with the Government submitting 11 separate Responses to the Standing Discovery Order, the most recent of which was on March 1, 2016.

3. Defense counsel's ability to effectively review the most recent Response is hampered by the fact that counsel began trial before the Honorable Kenneth Marra, United States District Judge for the Southern District of Florida in the case of *United States v. Gregory Moore*, Case No. 14-CR-60312 on February 29, 2016.

4. The Moore trial involves 3 counts of carjacking, 2 counts of attempted carjacking and 5 counts of use of a firearm during the commission of a crime of violence. There are 40 witnesses on the Government's witness list and the trial is expected to last through the week of March 14, 2016.

5. Additionally, the Government has notified counsel there remains outstanding discovery in this case and has required defense counsel to submit to an FBI background check for a security clearance prior to this discovery being disclosed to him.

6. Defense counsel was notified of this requirement in November of last year and submitted the application in December. A formal interview was conducted in February 2016 and counsel is awaiting final word from the Government.

7. For all these reasons, a continuance of the trial is necessary to allow counsel sufficient time to obtain and review discovery and effectively prepare the case.

8. Undersigned counsel has conferred with AUSA Marc Anton regarding this motion who states the Government does not oppose a continuance.

WHEREFORE the Defendant, HARLEM SUAREZ respectfully requests this Honorable Court continue the (1) trial currently scheduled for Monday, April 4, 2016; (2) Calendar Call currently scheduled for Thursday, March 31, 2016; and (3) grant any further relief this Court deems just and proper.

Respectfully submitted,

ENTIN & DELLA FERA, P.A.
633 South Andrews Ave., Suite 500
Fort Lauderdale, Florida 33301
Telephone:    (954) 761-7201
Facsimile:    (954) 764-2443
Email:  richard@entinlaw.com

By:  *s/ Richard F. Della Fera*
       RICHARD F. DELLA FERA
       Fla. Bar No. 66710

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 7, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                 *s/ Richard F. Della Fera*