UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-10009-CR-MARTINEZ

UNITED STATES OF AMERICA

       Plaintiff,

vs.

HARLEM SUAREZ,
a/k/a "Almlak Benitez"
a//k/a "Harlem Quintana"

       Defendant.

_____/

### ORDER TO CONTINUE TRIAL

**THIS CAUSE** came before the Court upon Unopposed Motion to Continue Trial [ECF No. 50]. The Court has reviewed the motion and being otherwise fully advised in the premises, and therefore,

After careful consideration, the Court finds that for the reasons set forth in the Defendant's Motion the ends of justice will therefore be served by a continuance of the trial as to the Defendant as set forth below and that an extension outweighs the interest of the public and the defendant in a speedy trial. Therefore, it is

**ORDERED AND ADJUDGED** that a Continuance is **GRANTED.**

Trial in this cause is set to commence **Monday, July 11, 2016,** at the United States Courthouse, 301 Simonton Street, Courtroom 1, Key West, Florida. Calendar Call will be held at **1:30 p.m.** on **Thursday, July 7, 2016,** in Courtroom 10-1, at 400 North Miami Ave, Miami Florida. All Counsel must be present at calendar call.

The Court finds that the period of delay from **March 7, 2016 to July 11, 2016,** and any other trial date set hereafter excludable in calculating the period within which trial must commence in

accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9 day of March, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Snow
All Counsel Of Record