United States District Court
Southern District of Florida

Case Number: __15-10009 CR JEM__

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to the supplemental paper "court file" in the division where the Judge is chambered. These attachments must **not** be placed in the "chron file".

☐ **NOT SCANNED**

　☐ Due to Poor Quality

　☐ Bound Extradition Papers

　☐ Photographs

　☐ Surety Bond (Original or Letter of Understanding)

　☐ CD or DVD (Court Order or Trial Purposes only)

　☐ Other: _____

☒ **SCANNED**

　☒ But Poor Quality (Darkest copy made)

　☐ Habeas Cases (State Court Record/Transcript)

Date: __5/25/16__

Case 4:15-cr-10009-JEM   Document 62   Entered on FLSD Docket 05/25/2016   Page 2 of 15

FILED by _____
MAY 25 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

In The United States District Court
for The District of Florida

United States                          case: 4:15-CR-10009-JEM
          petitioner / plaintiff

v

Harlem Suarez
          Respondent / defendant

Defendant's motion To dismiss

Comes now defendant here by and respectfully moves
The court for an order to dismiss The charges
imposed on The below and here in after particular.

Insufficiency of evidence To sustain a conviction.

The evidence is inconsistent with matters set forth
by defendant.

Defendant's plea must be pursuant to Title 28 U.S.C. 1746 & 18 U.S.C. 1621 of the pains & penalties of perjury.
See United States v. Evans, 35 m.j. 354, 357 (n-m.c.m.r. 1992)
Cumulative effect of the foregoing errors sustained by the FBI agent and to controlling legal principles.

The FBI provided the IED to defendant and advanced into an arrest too quickly to pretext & solidify the imposed charge presuming defendant was indeed a true terrorist which make the argument open to debate. See further, was coerced into accepting the explosive which make an involuntary action under duress & intimidation.
As for the recruiting video, no one was recruited scheduled to or interviewed or post.

The unexperienced FBI agent rushe into the matter to quick and advance into an arrest leaving a gap available for debate of whether the accused charged with accessory was acting under coercion and in fear and death due to intimidation after the FBI agent continuously and persistently pressured him (accused).
See infra within the apostille attestation.

There is "0" evidence (substantial) that outlines the accused as a political extremist, radicalized muslim or element of conflict rather there is solid evidence that emphasizes the accused as a responsible gun owner and law abiding citizen with extensive employment background, healthy hobbies & inclinen towards the customerism and protected by all the amendment 2 of the 1787 people's constitution

Defendant's admission during the FBI interrogation was exercised under coercion & duress in violation of the miranda Rights.
see lam v. Kelchner 304 F. 3d 256 (3rd cir. 2002)

Procedural due process violation "obstructing Justice false imprisonment"
see Infra within the apostille attestation.

The evidence not only is insufficient but contributive to lock a conviction.
see Infra within the apostille attestation

Under Bailey quoting
Jones v. U.S. 153 (1998)
Bousele v. United States. 523 (1998)
Coddington v. langley: 707 (2002)

Their is no evidence that support the was

The FBI failed to investigate further into matter and precipitally advanced into an arrest. Body citing Bousley v. United States 523 U.S. 614, 140 L. Ed. 2d 828, 118 S. Ct. 1604 (1998) The FBI coerced defendant by uttering the words to the effect of "We Don't Play" making this an involuntary statement. See Iam Infra on number (6)

## Jurisdiction

This court retains jurisdiction pursuant to and under Title 18 U.S.C. sect 5, 7, & 9 and and art III, sect. 8, cl. 17, and art 2, cl 17. That says: All citizens are vessels of the United States & Owned by the United States & are subject to its Territorial Maritime & admiralty Authority Jurisdiction & Venue [no] "I" appear by declaratory Judgment. Ancillary Authority Jurisdiction & venue & by limited/restricted appearance not general pursuant to art III and 2, cl 3 or under the constitutional common law venue Authority & Jurisdiction.

## Conclusion

The charges imposed are a unique departure of decisions that require that conviction based on "Coerced" statements present a fertile ground to render its veracity unreliable and undoubtedly suspect in the furtherance of justice. Therefore, all charges should be dropped in good faith and in the interest of justice.

Respectfully submitted

Case: 4:15-CR-10009-JEM

Brady (quoting Pennsylvania v. Ritchie 480 (1987)

## Motion To compel discovery

Comes now defendant hereby and respectfully moves the court for an order To compel any/all what so ever Types of discovery from the above petitioner/plaintiff. It is unsolicited by law and uncoerced admission during a legal visit where defendant stated To counsel an exonerating statement still unknowing The alleged Terrorist (s) were undercovered FBI agents
Wherefore defendant respectfully request The above.

## Statement of facts

This is a Typical case overwhelmed by coercion, duress, poor handling of The FBI investigation & lack of facts. The FBI rushed with The matter Too quickly reaching The baseless conclusion That defendant will a True ISIS fanatic not acting upon It not on his own free will. Over and hereinafter defendant will provide To The Court with his own apostille attestation Intro of what really occurred in They case at bar The under Title (s) 28 U.S.C. 1746 & 18 U.S.C. 1621 of The pains and penalty of perjury This affidavit also retains jurisdiction under The Court of "Brady". Citing pennsylvania v. Ritchie 480 U.S. 39 57 107 s. ct. 989 1001 94 L. ed. 2d 40. 53 (1987), & States v. Bagley 473 U.S. 667-78 105 s. ct. 3375 3381-87 L ed 7d 481 941 (1985).

## Apostille attestation Truth affidavit of

Todo empezo cuando estaba viendo el noticiero en ese momento quise saber porque hacian lo que estaban haciendo entonces empece a buscar en la computadora quienes eran y que hacian, mientras buscaba vi un documental de journalist investigandolos en ese momento se me ocurrio hacer lo mismo pero no sabia como hacerlo, entonces hice un facebook para hacer una investigación haciendome pasar por ellos hacer saber porque estan haciendo lo que hacen y saber una vez que hice el programa queria entender como es que son y como piensan queria estudiarlos su cultura y saber de donde vienen su pasado queria saber de donde es que tienen tanto fondos queria examinar su comportamiento queria examinarlo a fondo y poder entender muchas cosas, porque son diferentes a otros

Con el Tiempo de conocer empeso la sobestigacion
el sospechoso me contacta y creyo que le
podia sacar informacion y estubiendo
cuando lo conosi le hable como ellos habian para
que el sospechoso confinara en mi y me contara
cosas de ella sin que el tubiera cuenta que yo lo
estaba imbestigando a los pocos dias despues
todo cabio veia el sospechoso estaba demaciado
encima mia queria hacer Jaques y me decia si
yo habia echo algo yo siempre le ponia una escusa
porque no soy ivvensedor yo entendía pocas
ventaja o no hacer ningun Jaque.
Cuando fue viendo dentro de los condominios
rempondiome diciendo que le diera mi armas
de fuego despues que yo le dije que no, cabio
el año inesperado. Cuando vi lo que le esta
pasando unos aremas a los pocos dias despues
yo no se que hacer porque el sabia donde
donde yo vivia pero la imbestigacion para
me Trauma pensando que me quieran hacer algo
ya se enteraba que lo estoy evnestigando.
entonces trate de alegarme y no contestarle su
llamada pensando que podria lograr una
separación al siguiente no podia contestarme
con amor no ser un no le contestaba
pero el seguia intimidandome siguiendome armado
y pensando que podia regresar a mi
casa y hacer algo porque no le contestaba
me vi obligado a Tener que contestarle y no
tuve otro motivo que pensara que yo lo estaba
imbestigando y que no era uno de ellos
no sabia que hacer no podia llamar a la policia
porque no me creerian o me arestarian
por imbestigar como siempre pasa. Tampoco
les dije a mis padres para no involucrarlos

pense que si le hacia a mi familia ellas
me defenderían pero ya el secuestrador entonces
estaba y podía hacerme algo no solo a mi
si no a mi familia no sabia que hacer
los dias siguiente me a dirigido a seguir
buscando una salida me vi acosada y
intimidada Trate de buscar una salida hice el
video porque me senti acorrado desde que
me siguió a la cena mas el siempre
estuvo acosandome o forma que siempre me
llamaba y me mandaba mensaje sin parar
haciendome sentir intimidada.
El video no lo hice por mi voluntad propia
fue en contra de mi voluntad lo que voy llevo
a decirte pora hacerte ver su intimidacion
mentalmente y fisicamente me b amenazado.
despues del video Trate de alejarme pero el seguía
estagudome poniendome mas con la pared nada estaba
funcionando. Despues de eso pense ya el Tiene un
video alomejor me deja Tranquilo pero no fue hací
el sigo intimidandome con sus llamadas y mensajes
a regresar al circulo ya no sabia que hacer
para alejarme poco mas Tarde Todo se complico
mas donde me veo a pedir una bomba
por todo lo que estaba pasando Tube que ir en
contra de mi voluntad ya que no sabia que mas hacer
de Tanta preocion por su acoso.
Estube una semana sin contestarle el Telefono pense
por fin ya no me va a llamar ni a buscar pense que
podia regresar a mi vida pero entonces del
momento me manda un mensaje diciendome que
llegaria a mi casa yo mi quedo que el llegara no
sabia si va hacer algo o no. entonces le dije
mirame en otro lugar yo no queria que llegara
a mi casa ni supiera quien son mis padres
pensando que le pudiera hacer algo

en ese lugar nunca llegue entonces me manda
un mensaje diciendome que porque no llegava
que lo estava haciendo esperar mucho Tiempo, entonces
yo le dije que algo me paso que yo no pude
llegar entonces el me dijo que no va a esperar mas
que el no queria que yo le hiciera perdier el
Tiempo entonces me dijo dime si Tu quieres que
Te deje enpas Cuando yo leei ese mensaje
le quise contestar si pero no pude porque que
alomejor sospecharia algo pense que si major me
decia eso para que yo respondiera si lo estava
haciendo perder el Tiempo y el entonces hacer algo
por esa razon no le dije, A las pocas hora despues
me veo a pedirde una bomba para la busqueda
horas atras por la intimidacion de sus mensajes
dias mas Tardes el muchacho me dice
por Telefono unistamos somos serios y no jugamos
y Tienes que estar menos de 15 minutos
para coger el explosivo dentro del carro dice muchas
cosas que hacen ellos para que no sospechara
y capturam el dinero
en Todo momento me veo intimidado por ellos
y precionado hilando en contra de mi volunta
por la precion y su precion hacerme actuar
fueran de mis principios

Motion To dismiss

Motion To suppress evidence
  Recruiting video (bogus)
  bomb video (bogus)
  interrogation video (bogus)
Motion To suppress pictures
  perception overinfluenced by prototype
Motion To dismiss insufficiency of evidence
  Recruiting video
  bomb video
  interrogation video
Motion To dismiss evidence contradicts
Motion To dismiss The evidence is not solid
Motion To dismiss insufficiency of evidence
  To lack a conviction
Motion To dismiss evidence
  bogus phone call
  bogus phone Text
  bogus facebook
Motion To dismiss evidence
  FBI damaged The evidence by apprehending The accused
  prematurely
Motion To dismiss evidence
  for lack of jurisdiction
Motion To dismiss evidence
  accused was harassing and stocking by The FBI agent making
  The defendant felt threatened
Motion To dismiss evidence
  for Coercion & intimidation by The agent FBI undercover
Motion To dismiss evidence
  defendant admission during The FBI interrogation was executed
  under coercion & duress
Motion To suppress inadmissible evidence
Motion To dismiss conflictive evidence
Motion To dismiss The evidence is debatable

Motion To dismiss evidence with accessory
   for acting under coercion and intimidation due To fear

Motion To dismiss charges
   accused didn't act on his free will

Motion To dismiss charges
   defendant is not muslim or radicalized muslim

Motion To dismiss charges
   prosecutor want To convict a non Terrorist

Motion To dismiss charges
   prosecutor wants To convict defendant with evidence
   made by coercion & intimidation and pressure

Motion To dismiss charges
   prosecutor wants To convict defendant with contradicts
   evidence and insufficient and conflictive

Motion To dismiss charges
   defendant was investigating

Motion To dismiss charges
   To make defendant act on fear by coercion & intimidation

Motion To dismiss charges
   (defendant never attemp or suport ISIS)

Motion To dismiss charges
   "To bring defendant To a Trap"

Motion To dismiss Charges
   for not have solid evidence

Motion To dismiss evidence
   for The unexperienced FBI undercover

Motion To dismiss charges
   prosecutor want To convict a cristian / catholic resident

Motion To dismiss charges
   defendant is not a criminal no criminal history

Motion To dismiss charges
   defendant is not radicalized no history of Terrorism

Motion To dismiss false charges
Motion To dismiss false support
Motion To dismiss false accessory
Motion To dismiss false evidence
Motion To dismiss false inprisonment

Motion To dismiss evidence
   non extremist Tattoos
Motion To dismiss dramatization of events
Motion To subpoena attorney Richard under Oath
   The defendant admitted To attorney Richard
   The Truth on a "free will admission" That (i)
   accused was investigating and That ("i act on fear")
   by The coercion & intimidation and ("i felt force")
   To make The recruiting video and ask for a bomb
The confession given To attorney was unsolicited by law
and stands as The sole Truth
Motion To dismiss The evidence
   Contradicts an unsolicited by law admission during [A]
   legal visit and during The FBI interrogation
Motion To compel discovery The video of [A] legal visit
   Brady (quoting pennsylvania v. Ritchie 480 (1987)
Motion To dismiss charges
   The FBI provided The IED The defendant didn't provided
   The IED
Motion To dismiss charges
   The recruiting video (is bogus) and was made by The
   coercion & intimidation of The FBI undercover
Motion To dismiss charges
   IED accessory. The FBI undercover coerced defendant
   by uttering The words "We don't play"
Motion To dismiss charges
   for have The defendant more Then 9 month in The shu
   for evidence corrupt due To coercion & intimidation
Motion To compel discovery That The FBI undercover
   pressured The defendant under coercion & intimidation
   making him act against his free will due To fear
   Brady v. maryland
Motion To dismiss charges
   defendant is not guilty because he acted under coercion &
   intimidation due To fear

Motion To dismiss The charges
  imposed are a unique departure of decisions That
  require That conviction based on "Coerced"

Motion To dismiss charges
  prosecutor accepted corrupt evidence made by coercion
  & intimidation

Motion To dismiss charges
  prosecutor accepted contradicts evidence and insufficient
  and conflictive To lock a conviction

Motion To dismiss charges
  prosecutor is conspired with The FBI evidence made
  by coercion & intimidation
  insufficient and conflictive and evidence That contradicts
  To accused defendant

Motion To dismiss charges
  prosecutor made defendant attorney signed a confidencial
  file apparently To hide evidence That is favorable To him
  is unaceptable under brady prosecutor is
  doing obstraction of justice not litting defendant fight his
  case

Motion To dismiss charges
  The Time given by The judge To discovery The other half
  of evidence has expired apparently prosecutor is
  manipulating evidence

Motion To dismiss charges
  The half of The discovery never was given To defendant
  in The according of Time

Motion To dismiss charges
  prosecutor is going against The law To convict
  doing conspiracy with false evidence due To coercion &
  intimidation

Motion To dismiss charges
  defendant "never did a crime"
  Bailey quoting Jones Bousley Coddingto

Motion To drop charges
  due To all The evidence given is corrupt



Hariem Suarez
06262-104
F.D.C
P.O. Box 019120
Miami, FL 33101

USMS
INSPECTED
RECEIVED
23 MAY 2016 PM
MIAMI FL

Court House
400 N Miami Ave
Miami, FL 33128

The enclosed letter processed through special mailing
Procedure for forwarding to you. The letter has neither been
Opened nor inspected. If the writer raises a question or problem
Over which this facility has jurisdiction, you may wish to return
The material for further information or clarification. If the writer
Encloses correspondence for forwarding to another address, please
Return the enclosed to the following address:
FEDERAL DETENTION CENTER
P.O. Box 019120
Miami, FL
DATE: