**Jeffrey D. Etter**
Page 1 of 3

# CURRICULUM VITAE
FBI Expert Witness



## *Jeffrey D. Etter*

Federal Bureau of Investigation
Computer Analysis Response Team
2030 SW 145th Avenue
Miramar, Florida 33169
PHONE: 754-703-2000

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Oct 2008 - present | **Computer Forensic Examiner**<br>FBI CART Miami<br>Federal Bureau of Investigation<br>Miami, Florida<br><br>Served as a Computer Analysis Response Team (CART) Special Agent Forensic Examiner. Assigned to conduct forensic examinations on computer evidence, and assist in search and seizure operations. |
| Apr 1997 – Sep 2008 | **Criminal Investigator**<br>Federal Bureau of Investigation<br>Miami, Florida<br><br>Served as a Special Agent performing criminal investigations. Assigned to International Organized Crime, Drug Crime, and White Collar Crime squads. |
| Jan 1986 – Mar 1997 | **Navy Pilot**<br>Naval Air Station Pensacola<br>Pensacola, Florida<br><br>Served as a squadron pilot in units at Pensacola, Florida and Jacksonville, Florida. Served, as the Assistant Officer in charge of a Tactical Center in Sicily, Italy, and the Officer in Charge of a Mobile Operations Command Center in Dalaman, Turkey. |

## EDUCATION

| | |
|---|---|
| Aug 1993 – Jun 1996 | **Troy State University**<br>Troy, Alabama<br>Master of Public Administration |
| Aug 1981 – Dec 1985 | **University of Northern Iowa**<br>Cedar Falls, Iowa<br>Bachelor of Physics |

## FORENSIC EXAMINATION / TESTIMONY EXPERIENCE

Analyzed over 820 pieces of computer media in support of over 279 cases. Participated in the execution of over 64 CART search warrant/search and seizure operations. Certified as an Expert Witness as a Computer Forensic Examiner in the Southern District of Florida on December 5, 2011.

PROFESSIONAL TRAINING

| | |
|---|---|
| Sep 2015 | Android training (3 days) |
| Oct 2014 | EnCase training (3 days) |
| Sep 2014 | MAC training for FTK (3 days) |
| May 2014 | XWAYS training (3 days) |
| Aug 2013 | GPS/Cell Phone training (3 days) |
| Feb 2013 | iOS device training (3 days) |
| Sep 2012 | Timeline training (5 days) |
| Dec 2011 | Digital Video Recorder training (5 days) |
| Mar 2011 | Cell Phone/PDA Forensics, Stafford, VA (5 days) |
| Nov 2009 | Basic Wintel Certification Training (BWCT) Practicals, Stafford, VA (5 days) |
| Mar 2009 | AccessData Internet Forensics, Intermountain West Regional Computer Forensic Laboratory, (IWRCFL), Salt Lake City, UT. (3 days) |
| Feb 2009 | AccessData Windows Forensics, Philadelphia Regional Computer Forensic Laboratory, (PHRCFL), Philadelphia, PA. (3 days) |
| Jan 2009 | AccessData BootCamp, Intermountain West Regional Computer Forensic Laboratory, (IWRCFL), Salt Lake City, UT. (3 days) |
| Dec 2008 | CART 101, Stafford, VA. (3 days) |
| Nov 2007 | FBI Personnel Recovery (PR) Level 1 (1 day) |
| May 2007 | CYD 1050 Introduction to Internet Investigations (1 day) |
| May 2007 | CYD 1030 Information Age Technology (1 day) |
| Apr 2006 | Cyber Investigative Techniques and Resources (3 days) |
| Sep 2005 | Basic Computer Intrusion Investigations, SYTEX, Miami, FL. (10 days) |
| Jun 1998 | Organized Crime LCN/Labor investigations training (5 days) |
| Oct 1991 | Senior Officer course in Military Justice and Civil Law (5 days) |

CERTIFICATIONS & AWARDS

| | |
|---|---|
| Apr 2016 | Outstanding Law Enforcement Officer – United States Attorney's Office |
| Sep 2014 | MAC Basic Certification |
| Oct 2012 | NET+ Certification - CompTIA |
| Sep 2011 | Outstanding Law Enforcement Officer – United States Attorney's Office |
| Jul 2010 | Designated a Forensic Examiner |

**Jeffrey D. Etter**
**Page 3 of 3**

| | |
|---|---|
| Jul 2009 | A+ Certification - CompTIA |
| Jan 2008 | Superior Service Award - FBI |
| Nov 2005 | Superior Service Award - FBI |
| Sep 2002 | Certificate of Commendation - FBI |
| Aug 1997 | Designated a Special Agent - FBI |
| Oct 1995 | Commendation Medal – United States Navy |
| Mar 1991 | Air Medal - United States Navy |
| May 1987 | Designated a Naval Aviator |