UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-10009-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HARLEM SUAREZ,
  a/k/a "Almlak Benitez,"
  a/k/a "Harlem Quintana,"

    Defendant.
_____

# O R D E R

THIS CAUSE is before the Court the law firm of Entin & Della Fera, P.A.'s Motion to Withdraw as Attorney for Defendant (ECF No. 71), which was referred to United States Magistrate Judge Lurana S. Snow. In the Motion, attorney Richard F. Della Fera states that his relationship with Defendant, Harlem Suarez had deteriorated to the point that his continued representation of the Defendant had become severely problematic.

A sealed *ex parte* hearing on the motion was conducted on June 21, 2016. At the conclusion of that hearing, the Defendant stated that he wished to continue with Mr. Della Fera as his counsel, and that he understood the need to trust in, and cooperate with his lawyer. Based on these representations, Mr. Della Fera agreed to continue as counsel for the Defendant. Therefore, it is hereby

ORDERED and ADJUDGED that the law firm of Entin & Della Fera, P.A.'s Motion to Withdraw as Attorney for Defendant (ECF No. 71) be DENIED, without prejudice.

DONE and ORDERED at Fort Lauderdale, Florida, this 21st day of June, 2016.

                                                                     _____
                                                                     LURANA S. SNOW
                                                                     UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record