UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-10009-CR-MARTINEZ/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HARLEM SUAREZ
  a/k/a "Almlak Benitez"
  a/k/a "Harlem Quintana,"

    Defendant.
_____

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on Defendant, Harlem Suarez' Unopposed Motion to Continue Trial (ECF No. 72) and Supplemental Unopposed Motion to Continue Trial (ECF No. 75), which were referred to United States Magistrate Judge, Lurana S. Snow, for Report and Recommendation.  The Defendant seeks a continuance of the trial of this cause, currently scheduled for July 11, 2016,  owing to the need for additional time to prepare the Defendant for trial and because of the potential prejudice to the Defendant by the publicity surrounding recent events in Orlando, Florida.  The Defendant notes that he faces a maximum sentence of life imprisonment and a Sentencing Guidelines range of 30 years to life.  He specifically asserts that the interests of justice in the requested continuance outweighs the public's and the parties' right to a speedy trial. The Government has no objection to a continuance.

## CONCLUSION

This Court having considered carefully the pleadings, arguments of counsel, and the applicable case law, it is hereby

RECOMMENDED that Defendant, Harlem Suarez' Unopposed Motion to Continue Trial (ECF No. 72) and Supplemental Unopposed Motion to Continue Trial (ECF No. 75) be GRANTED, and that the case be continued for a period of 90 days or more in order to afford the Defendant sufficient time to prepare for trial and for media coverage of events in Orlando to diminish.  It is further

RECOMMENDED that the Court specifically find that based on defense counsel's need for further preparation and the potential prejudice to the Defendant by recent events, the interests of justice in this continuance outweighs the interests of the public and the parties in a speedy trial.

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 21st day of June, 2016.

*[signature]*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record