UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-10009-CR-MARTINEZ/SNOW

UNITED STATES OF AMERICA

    Plaintiff,

vs.

HARLEM SUAREZ
a/k/a "Almlak Benitez"
a/k/a "Harlem Quintana,"

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION IN PART AND CONTINUING TRIAL DATE

**THIS CAUSE** came before the Court upon Defendant Harlem Suarez' Unopposed Motion to Continue Trial [ECF No. 72] and Supplemental Unopposed Motion to Continue Trial [ECF No. 75].

**THE MATTER** was referred to Magistrate Judge Lurana S. Snow and a Report and Recommendation was filed on June 21, 2016 [ECF No. 83], recommending that Defendant's Unopposed Motion to Continue Trial and Supplemental Unopposed Motion to Continue Trial be **granted** and that the case be continued for a period of 90 days or more in order to afford the Defendant sufficient time to prepare for trial and for media coverage of current events to diminish. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation in part as set forth herein. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 83] of United States Magistrate Judge Lurana S. Snow, is hereby **AFFIRMED and ADOPTED** in part. After careful consideration, the Court finds that due to the need for additional time to prepare the Defendant for trial, the ends of justice will be served by a continuance of the trial as to the Defendant as set forth below, and an extension outweighs the interest of the public and the Defendant in a speedy trial.

Therefore, it is:

**ORDERED AND ADJUDGED** that the Unopposed Motion to Continue Trial [ECF No. 72] and Supplemental Unopposed Motion to Continue Trial [ECF No. 75] are **GRANTED IN PART**.

Trial in this case is **specially set** on **Monday, January 23, 2017 at 9:30 a.m.,** at the United States Courthouse, 301 Simonton Street, Key West, Florida. Calendar Call will be held at **1:30 p.m.** on **Thursday, January 19, 2017,** at the United States Courthouse, 400 North Miami Avenue, Miami, Florida in Courtroom 10-1. All counsel must be present at the calendar call.

The Court finds that the period of delay from **June 10, 2016 to February 3, 2017,** and any other trial date set hereafter excludable in calculating the period within which trial must commence in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23 day of June, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Snow
All Counsel Of Record