UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-10009-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HARLEM SUAREZ,
a/k/a "Almlak Benitez,"
a/k/a "Harlem Quintana,"

    Defendant.
_____

**O R D E R**

THIS CAUSE is before the Court on Defendant, Harlem Suarez' Motion to Strike Government's Expert Dr. Daniel L. Byman (ECF No. 73), which was referred to United States Magistrate Judge, Lurana S. Snow.  The motion is fully briefed and ripe for consideration.

The Government filed a Notice of Expert (ECF No. 67), indicating its intent to call as an expert witness Dr. Daniel L. Byman, Professor of Foreign Service, Georgetown University to testify as a subject matter expert on various topics relating to terrorism and the threat to the West, including testimony pertaining to the Islamic State (ISIL).  The Defendant objects to this testimony on the ground that it does not meet the requirements of Fed. R. Evid. 702 and is not necessary to an understanding of Count 2 of the Indictment, which charges the Defendant with the attempted use of a weapon of mass destruction.  The Defendant argues that the videotape and his words spoken on that tape speak for themselves.

In its Notice of Expert Testimony (ECF No. 67), the Government attached Dr. Byman's *curriculum vitae* (CV), which establishes his academic credentials in the field of national security and terrorism.  The Government also points out that this Circuit recognizes the relevance and admissibility of expert testimony on terrorism and terrorist groups.  *See*, United States v. Jayousi, 657 F.3d 1085, 1106 (11th Cir. 2011) (ECF No. 86).

The undersigned notes that the motion was filed prior to the continuance of the trial of this cause until January 2017. (ECF No. 85) At this stage of the proceedings, the undersigned finds no basis to strike the testimony of Dr. Byman.

## CONCLUSION

This Court having considered carefully the pleadings, arguments of counsel, and the applicable case law, it is hereby

ORDERED and ADJUDGED that Defendant, Harlem Suarez' Motion to Strike Government's Expert Dr. Daniel L. Byman (ECF No. 73) is DENIED without prejudice to renew at time of trial.

DONE AND ORDERED at Key West, Florida, this 11th day of July, 2016.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Karen Gilbert (MIA)
AUSA Marc Anton (MIA)
AUSA Michelle Alvarez (MIA)
Richard Della Fera, Esq.
Joshua Entin, Esq.