UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Key West Division

CASE NO.  15-10009-CR-MARTINEZ/GOODMAN

UNITED STATES OF AMERICA

    Plaintiff,

vs.

HARLEM SUAREZ,
    a/k/a "Almlak Benitez"
    a/k/a "Harlem Quintana"

    Defendant.
_____/

## NOTICE OF FILING

Defendant, HARLEM SUAREZ, by and through his undersigned counsel, gives Notice that on the 30th day of August, 2016, the Defendant's Classified Supplemental Notice pursuant to Section V of the Classified Information Procedures Act was filed with the Court.

    Respectfully submitted,

    ENTIN & DELLA FERA, P.A.
    633 South Andrews Ave., Suite 500
    Fort Lauderdale, Florida 33301
    Telephone:  (954) 761-7201
    Facsimile:  (954) 764-2443
    Email:  richard@entinlaw.com

    By:  *s/ Richard F. Della Fera*
        RICHARD F. DELLA FERA
        Fla. Bar No. 66710

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on August 31, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                _s/ Richard F. Della Fera_