# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### LURANA S. SNOW
### UNITED STATES MAGISTRATE JUDGE

---

**DATE & TIME:** January 19, 2017 @ 3:00 p.m.

**CASE NO.** 15-10009-CR-MARTINEZ/Snow

**STYLE OF CASE:**   United States of America v. Harlem Suarez, a/k/a "Almlak Benitez,"
a/k/a "Harlem Quintana," (CUSTODY)
No. 06262-104
**SPANISH** interpreter present

**PLAINTIFF'S COUNSEL**: AUSA Karen Gilbert and AUSA Marc Anton

**DEFENDANT'S COUNSEL:** Richard Della Fera, Esq.

**HEARING**:

Defendant's Motion in *Limine* to Bar Government From Labeling Defendant With Prejudicial Terms (ECF No. 123), Motion in *Limine* to Exclude Irrelevant or Prejudicial Photographs at Trial (ECF No. 124) and Defendant's Motion in *Limine* to Exclude Evidence Concerning Defendant's Attempted Purchase of an AK-47 (ECF No. 125).

Government responded orally to all motions. Argument heard on all motions. Written order to be entered.

---

**CLERK:** Judy Zanotti / Christine Weech

**DAR:** 15:01:08 - 15:30:47