UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**CRIMINAL TRIAL MINUTES**
HONORABLE: JOSE E. MARTINEZ

Case No: 15-10009-CR-MARTINEZ            DATE: January 24, 2017  Day 3

Defendant(s): Harlem Suarez               Counsel : Richard Della Fera

AUSA: Marc Anton; Karen Gilbert           Deputy Clerk: Wanda Holston
Jay Chris Klettheimer-FBI Agent

Interpreter:  Spanish                     Court Reporter:  Gizella Baan-Proulx


TRIAL**:**   JURY:   **X**     BENCH


BENCH TRIAL BEGINS_____   BENCH TRIAL HELD_____   CONTINUED TO__/___/__


VOIR DIRE BEGINS: _____   JURY SELECTION:_____ JURY IMPANELED: _____


JURY TRIAL BEGINS_____   JURY TRIAL HELD  **X**    CONTINUE TO**: 1-25-2017 at 9:30 a.m.**


CLOSING ARGUMENTS ___   JURY INSTRUCTIONS ____   JURY DELIBERATING_____


MISTRIAL DECLARED _____   NEW TRIAL ORDERED ___  TRIAL ENDS_____


DISMISSED COUNTS_____   COURT MOTION.       GOVT. MOTION   DEFT MOTION


VERDICT OF GUILTY CT(s)_____

JUDGMENT/ VERDICT OF NOT GUILTY CT(s) _____