UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-10009-CR-MARTINEZ

UNITED STATES OF AMERICA

v.

HARLEM SUAREZ,
   a/k/a "Almlak Benitez,"
   a/k/a "Harlem Quintana,"

                     Defendant.
_____/

## GOVERNMENT'S WITNESS LIST

1) Nigel Allen

2) C.J. Goodman, Federal Bureau of Investigation

3) CHS – "Mohammed"

4) UCE 1 – "Shariff"

5) UCE 2 – "Omar"

6) Dr. Daniel Byman

7) Alejandro Galeano, Federal Bureau of Investigation

8) David McCollam, Federal Bureau of Investigation

9) Jeffrey Etter, Federal Bureau of Investigation

10) Ed Swift, Historic Tours of America

11) Jon Stewart, Federal Bureau of Investigation

12) Rhonda Squizzero, Federal Bureau of Investigation

13) Marco Rodriguez, Federal Bureau of Investigation

14)     Chris Klettheimer, Federal Bureau of Investigation

15)     Damian Giroux, Federal Bureau of Investigation

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

        /s/ Marc S. Anton
        MARC S. ANTON
        Assistant U.S. Attorney
        Florida Bar No. 0148369
        99 N.E. 4th Street, Suite 815
        Miami, Florida 33132
        Tel: (305) 961-9287
        Fax: (305) 536-4675
        Marc.anton@usdoj.gov

By:    /s/ Karen E. Gilbert
        KAREN E. GILBERT
        Fla. Bar No. 771007
        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 20, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

        /s/ Marc S. Anton
        Assistant United States Attorney