AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Florida

United States

V.

Harlem Suarez

## EXHIBIT AND WITNESS LIST

Case Number: 15-10009-CR-Martinez

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Jose E. Martinez | AUSA Marc Anton/Karen Gilbert | Richard Della Fera, Esq. |
| TRIAL DATE (S) 1/20/2017 - 2/3/2017 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1A | | 1/23 | ✓ | ✓ | Facebook Messages Provided to PBSO - Nigel Allen |
| 1B | | 1/23 | ✓ | ✓ | Facebook Photo - Soldier with Flag |
| 1C | | 1/23 | ✓ | ✓ | Facebook Photo - Soldier with Head |
| 2 | | 1/23 | ✓ | ✓ | Facebook Screenshots - Benitez page - CJ Goodman |
| 3A | | 1/23 | ✓ | ✓ | Facebook Records – Benitez/Suarez – 7602/7845 - CD |
| 3B | | 1/23 | ✓ | ✓ | Facebook Records – HTML version - Benitez - CD |
| 3C | | 1/23 | ✓ | ✓ | Facebook Photo Enlarged |
| 3D | | 1/23 | ✓ | ✓ | Facebook Photo Enlarged |
| 3E | | 1/23 | ✓ | ✓ | Facebook Photo Enlarged |
| 4 | | 1/23 | ✓ | ✓ | Microsoft Subscriber Information (Almlak.alaswd.1 @hotmail.com) |
| 5 | | 1/23 | ✓ | ✓ | ATT U-Verse Subscriber Information (162.195.112.93) |
| 6 | | 1/23 | ✓ | ✓ | CHS Admonishments |
| 7A | | 1/23 | ✓ | ✓ | Text Plus Subscriber Information (216-342-7714) |
| 7B | | 1/23 | ✓ | ✓ | Text Plus Subscriber Info – 775-285-5291 |
| 7C | | 1/23 | ✓ | ✓ | Text Plus Subscriber Info – 510-662-1847 |
| 8A | | 1/23 | ✓ | ✓ | Neustar Subscriber Info - 305-928-4930 |
| 8B | | 1/23 | ✓ | ✓ | Neustar Subscriber Info - 551-777-4105 |
| 8C | | 1/23 | ✓ | ✓ | Neustar Subscriber Info - 305-985-7730 |
| 8D | | 1/23 | ✓ | ✓ | Neustar Subscriber Info - 305-697-6020 |
| 8E | | 1/23 | ✓ | ✓ | Neustar Subscriber Info - 312-767-6807 |
| 9 | | 1/23 | ✓ | ✓ | Google Subscriber Info – Harlemsq.91@gmail.com |
| 10A | | 1/23 | ✓ | ✓ | T-Mobile Subscriber Info – 305-393-1225 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States | | vs. | Harlem Suarez | | CASE NO. 15-10009-CR-Martinez |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 10B | | 1/22 | ✓ | ✓ | T-Mobile Subscriber Information - 305-896-2902 |
| 11 | | 1/23 | ✓ | ✓ | AT&T Subscriber Info – 305-394-7687 |
| 12 | | 1/23 | ✓ | ✓ | Photos of CHS Text Messages |
| | | | | | |
| | | | | | |
| 13 | | 1/24 | ✓ | ✓ | Overview of Key West Photo - CHS |
| 14A | | 1/25 | ✓ | ✓ | Banana Bay Photos |
| 14B | | 1/25 | ✓ | ✓ | Banana Bay Photos |
| 14C | | 1/25 | ✓ | ✓ | Banana Bay Photos |
| 14D | | 1/25 | ✓ | ✓ | Banana Bay Photos |
| 14E | | 1/25 | ✓ | ✓ | Banana Bay Photos |
| 15A | | 1/24 | ✓ | ✓ | May 8 Wooded Area Photo |
| 16A | | 1/24 | ✓ | ✓ | Real Deal Pawn Shop Photos |
| 16B | | 1/24 | ✓ | ✓ | Real Deal Pawn Shop Photos |
| 16C | | 1/24 | ✓ | ✓ | Real Deal Pawn Shop Photos |
| 17A | | 1/24 | ✓ | ✓ | Benihana/Tratoria Photos |
| 17B | | 1/24 | ✓ | ✓ | Benihana/Tratoria Photos |
| 17C | | 1/24 | ✓ | ✓ | Benihana/Tratoria Photos |
| 17D | | 1/24 | ✓ | ✓ | Benihana/Tratoria Photos |
| 18A | | 1/25 | ✓ | ✓ | Denny's Photos |
| 18B | | 1/25 | ✓ | ✓ | Denny's Photos |
| 18C | | 1/25 | ✓ | ✓ | Denny's Photos |
| 18D | | 1/25 | ✓ | ✓ | Denny's Photos |
| 19A | | 1/25 | ✓ | ✓ | Knight's Inn Photos |
| 19B | | 1/25 | ✓ | ✓ | Knight's Inn Photos |
| 19C | | 1/25 | ✓ | ✓ | Knight's Inn Photos |
| 20A | | 1/27 | ✓ | ✓ | Shrimp Road Photos |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States | vs. | Harlem Suarez | CASE NO. 15-10009-CR-Martinez |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 20B | | 1/27 | ✓ | ✓ | Shrimp Road Photos |
| 20C | | 1/27 | ✓ | ✓ | Shrimp Road Photos |
| 21 | | 1/25 | ✓ | ✓ | CHS Cell Phone Data |
| 22 | | 1/24 | ✓ | ✓ | Case Chronology Spreadsheet |
| 23A | | 1/24 | ✓ | ✓ | Transcript Book Volume 1 |
| 23B | | 1/24 | ✓ | ✓ | Transcript Book Volume 2 |
| 24A | | 1/24 | ✓ | ✓ | May 8 Compilation Disk |
| 24B | | 1/24 | ✓ | ✓ | May 8 – Disk 1D1 Q8 (#1) |
| 24C | | 1/24 | ✓ | ✓ | May 8 – Disk 1D1 Q9 (#2) |
| 24D | | 1/24 | ✓ | ✓ | May 8 – Disk 1D2 |
| 24E | | 1/24 | ✓ | ✓ | May 8 – Disk 1D3 |
| 24F | | 1/24 | ✓ | ✓ | May 8 – Disk 1D4 |
| 24G | | 1/24 | ✓ | ✓ | Tactical Vest from 5/8 – 1B94 |
| 25A | | 1/24 | ✓ | ✓ | May 15 Compilation Disk |
| 25B | | 1/24 | ✓ | ✓ | May 15 – Disk 1D6 |
| 25C | | 1/24 | ✓ | ✓ | May 15 – Disk 1D7 |
| 25D | | | | ✓ | May 15 – Disk 1D8 |
| 25E | | | | ✓ | May 15 – Disk 1D9 |
| 25F | | 1/24 | ✓ | ✓ | Photo of Draft e-mail |
| 25G | | 1/24 | ✓ | ✓ | Photo of B-12 bottle |
| 25H | | 1/24 | ✓ | ✓ | Text Message from May 15, 2015 |
| 26A | | 1/24 | ✓ | ✓ | Recruitment Video Script 1 |
| 26B | | 1/24 | ✓ | ✓ | Recruitment Video Script 2 |
| 26C | | 1/25 | ✓ | ✓ | Supply List and Diagram (Composite) |
| 27A | | 1/24 | ✓ | ✓ | May 23 Compilation Disk |
| 27B | | 1/24 | ✓ | ✓ | May 23 – Disk 1D10 |
| 27C | | 1/24 | ✓ | ✓ | May 23 – Disk 1D11 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States | vs. | Harlem Suarez | | | CASE NO. 15-10009-CR-Martinez |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 27D | | 1/24 | ✓ | ✓ | May 23 – Disk 1D12 |
| 27E | | 1/24 | ✓ | ✓ | May 23 – Disk 1D13 |
| 27F | | | ✓ | ✓ | May 23 – Disk 1D14 |
| 28A | | 1/25 | ✓ | ✓ | Recruitment Video 5/23/15 CD |
| 28B | | 1/25 | ✓ | ✓ | May 23 Still Photo |
| 28C | | 1/25 | ✓ | ✓ | May 23 Still Photo |
| 28D | | 1/25 | ✓ | ✓ | May 23 Still Photo |
| 28E | | 1/25 | ✓ | ✓ | May 23 Still Photo |
| 28F | | 1/25 | ✓ | ✓ | May 23 Still Photo |
| 28G | | 1/25 | ✓ | ✓ | May 23 Still Photo |
| 29A | | 1/24 | ✓ | ✓ | June 3 Compilation Disk |
| 29B | | 1/24 | ✓ | ✓ | June 3 – Disk 1D16 |
| 29C | | 1/24 | ✓ | ✓ | June 3 – Disk 1D17/1D20/1D23 |
| 29D | | 1/24 | ✓ | ✓ | June 3 – Disk 1D18 |
| 29E | | 1/24 | ✓ | ✓ | June 3 – Disk 1D22 |
| 29F | | 1/24 | ✓ | ✓ | June 3 – Disk 1D23 |
| 30A | | 1/25 | ✓ | ✓ | YouTube Videos Disk |
| 30B | | 1/25 | ✓ | ✓ | YouTube Printouts |
| 31 | | 1/24 | ✓ | ✓ | How to Survive in the West Cover + Page 37(a), 44, 43 |
| 32A | | 1/24 | ✓ | ✓ | July 19 Compilation Disk |
| 32B | | 1/24 | ✓ | ✓ | July 19 – Disk 1D26/1D27 |
| 32C | | 1/24 | ✓ | ✓ | July 19 – Disk 1D28/1D29 |
| 33A | | ~~1/24~~ | ✓ | ✓ | CHS Phone Call Compilation Disk |
| 33B | | 1/24 | ✓ | ✓ | CHS Phone Conversations Disk – 1D43 |
| 34 | | 1/25 | ✓ | ✓ | $100 - 1B1 |
| 35A | | 1/25 | ✓ | ✓ | CHS Phone #1 – 1B104 - ZTE Z432 |
| 35B | | 1/25 | ✓ | ✓ | CHS Phone #2 – 1B104 – HTC Alcatel Desire 610 |

?

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States | | vs. | Harlem Suarez | | CASE NO. 15-10009-CR-Martinez |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 36 | | 1/27 | ✓ | ✓ | Outbreak Ordinance Records from Glock Purchases (Composite) - Rhonda Squizzero |
| 37 | | 1/27 | ✓ | ✓ | Pawn Shop AK Purchase Documents (Composite) |
| 38 | | 1/27 | ✓ | ✓ | Knights Inn Receipts |
| 39A | | 1/27 | ✓ | ✓ | Walgreens Video (7/13) |
| 39B | | 1/27 | ✓ | ✓ | Walgreens Receipt (7/13) |
| 39C | | 1/27 | ✓ | ✓ | Walgreens Video (7/16) |
| 39D | | 1/27 | ✓ | ✓ | Walgreens Receipt (7/16) |
| 40A | | 1/27 | ✓ | ✓ | Home Depot Receipts |
| 40B | | 1/27 | ✓ | ✓ | Home Depot Video |
| 41 | | 1/23 | ✓ | ✓ | Google Subscriber Information - suarezharlem@gmail.com |
| 42 | | 1/23 | ✓ | ✓ | Microsoft Subscriber Information - Harlemsq.91@live.com |
| 43 | | 1/23 | ✓ | ✓ | Hotmail Subscriber Information - cubanito.91@hotmail.com |
| 44 | | 1/27 | ✓ | ✓ | Wells Fargo Account Information |
| | | | | | |
| | | | | | |
| 45A | | 1/24 | ✓ | ✓ | UCE 1 Telephone Call Compilation Disk - UCE1 |
| 45B | | 1/24 | ✓ | ✓ | Call Disk 1D31 |
| 45C | | 1/24 | ✓ | ✓ | Call Disk 1D25 |
| | | | | | |
| | | | | | |
| 46A | | 1/24 | ✓ | ✓ | UCE 2 Telephone Call Compilation Disk |
| 46B | | 1/24 | ✓ | ✓ | July 27 Meeting Disk – CD1 |
| 46C | | 1/24 | ✓ | ✓ | UCE 2 Phone Call 7/24/15 - 1D39 |
| 47 | | 1/26 | ✓ | ✓ | Bomb, Bag with Bomb - 1B13 |
| | | | | | |
| 48A | | 1/27 | ✓ | ✓ | CD of Photos from Arrest Location – CD 4 - Alejandro Galeano |
| 48B | | 1/27 | ✓ | ✓ | Crime Scene Sketch – Arrest Scene |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States | | vs. | Harlem Suarez | | CASE NO. 15-10009-CR-Martinez |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 48C | | 1/27 | ✓ | ✓ | Photo – Car and Takedown Location |
| 48D | obj | 1/27 | ✓ | ✓ | Photo – Money/Credit Cards at Takedown |
| 48E | | 1/27 | ✓ | ✓ | Photo – Recovered Bomb in Bag on Ground |
| 48F | | 1/27 | ✓ | ✓ | Photo – Recovered Nail Boxes and Gloves |
| 48G | | 1/27 | ✓ | ✓ | Photo – Recovered Bomb |
| 48H | | 1/27 | ✓ | ✓ | Photo – Recovered Bomb |
| 48 I | | 1/27 | ✓ | ✓ | Photo – Recovered Items at Takedown |
| 48J | | 1/27 | ✓ | ✓ | Photo - Bag |
| 49 | | 1/27 | ✓ | ✓ | Wallet withe License - 1B9 |
| 50 | | 1/27 | ✓ | ✓ | Money from Wallet - 1B10 |
| 51 | | 1/27 | ✓ | ✓ | Credit cards seized at arrest – 1B11 |
| 52A | | 1/27 | ✓ | ✓ | CD of Photos - CD 5 |
| ~~52b~~ | | ~~1/27~~ | ~~✓~~ | ~~✓~~ | Photo CD 6 out of order after 87D |
| | | | | | |
| 53 | | 1/27 | ✓ | ✓ | Crime Scene Sketch - House |
| 54A | | 1/27 | ✓ | ✓ | Photo – Search Location #6709 |
| 54B | | ↓ | ✓ | ✓ | Photo – Apartment #109 |
| 54C | | ↓ | ✓ | ✓ | Photo – Defendant's Room |
| 54D | | ↓ | ✓ | ✓ | Photo – Military Backpack on the Bed |
| 54E | | ↓ | ✓ | ✓ | Photo – Closet with AR-15 |
| 54F | | ↓ | ✓ | ✓ | Photo – Closet Close-up of AR-15 |
| 54G | | ↓ | ✓ | ✓ | Photo – Closet with Rifle |
| 54H | | ↓ | ✓ | ✓ | Photo – Drawer with Head Scarf |
| 54 I | | ↓ | ✓ | ✓ | Photo – Latex Gloves in Dresser |
| 54J | | ↓ | ✓ | ✓ | Photo – Hidden Batteries inside Container |
| 54K | | ↓ | ✓ | ✓ | Photo – Rifle Scope |
| 54L | | 1/27 | ✓ | ✓ | Photo – Tactical Clothing |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States vs. Harlem Suarez | | | | | CASE NO. 15-10009-CR-Martinez |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 54M | | 1/27 | ✓ | ✓ | Photo – Arabic on Material |
| 54N | | | ✓ | ✓ | Photo – Basket with Airsoft Gun |
| 54 O | | | ✓ | ✓ | Photo – Knee Pads/Ear Muffs |
| 54P | | | ✓ | ✓ | Photo – Two Glock firearms in Case |
| 54Q | | | ✓ | ✓ | Photo – Sulfuric Acid |
| 54R | | | ✓ | ✓ | Photo – Sulfuric Acid |
| 54S | | | ✓ | ✓ | Photo – Gloves |
| 54T | | | ✓ | ✓ | Photo – Acetone |
| 54U | | | ✓ | ✓ | Photo – Matches |
| 54V | | | ✓ | ✓ | Photo – Carport area with Filing Cabinets |
| 54W | | | ✓ | ✓ | Photo – Gasoline in Cabinet |
| 54X | | | ✓ | ✓ | Photo – Gasoline in Cabinet |
| 54Y | | 1/27 | ✓ | ✓ | Photo – HCL/Ammonia - Opened Bag |
| 55 | | 1/27 | ✓ | ✓ | Latex Gloves – 1B16 |
| 56 | | 1/27 | ✓ | ✓ | Matches – 1B17 |
| 57 | | 1/27 | ✓ | ✓ | Latex Gloves – 1B18 |
| 58 | | 1/27 | ✓ | ✓ | Acetone – 1B19 |
| 59 | | 1/27 | ✓ | ✓ | Matches – 1B20 |
| 60 | | 1/27 | ✓ | ✓ | Tactical Gear – 1B21 |
| 61 | | 1/27 | ✓ | ✓ | Sulfuric Acid – 1B23 |
| 62 | | 1/27 | ✓ | ✓ | HCL – 1B27 |
| 63 | | 1/27 | ✓ | ✓ | Gloves, Mask, Batteries – 1B30 |
| 64 | | 1/27 | ✓ | ✓ | Mixing Bowl – 1B31 |
| 65 | | 1/27 | ✓ | ✓ | Religious Clothing – 1B51 |
| 66 | | 1/27 | ✓ | ✓ | Gasoline Bottle – 1B60 w/secondary Evidence Item 4 |
| 67 | | | | | Gasoline liquid – 1B61 |
| 68 | | 1/27 | ✓ | ✓ | Walkie Talkies – 1B108 |

Ob's or obj

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States | | vs. | Harlem Suarez | | CASE NO. 15-10009-CR-Martinez |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 69A | | 1/27 | ✓ | ✓ | Glock 22 handgun .40mm YDS235 – Item 16 - 1B32 |
| 69B | | | ✓ | ✓ | Glock 22 magazine – Item 16a - 1B33 |
| 69C | | | ✓ | ✓ | Glock 22 magazine – Item 16b - 1B35 |
| 69D | | | ✓ | ✓ | Glock 22 magazine – Item 16e - 1B37 |
| 69E | | | ✓ | ✓ | 4 .40 cartridges from Glock 22 magazine from Item 16a - 1B34 |
| 69F | | | ✓ | ✓ | 15 .40 cartridges from Glock 22 magazine from Item 16c - 1B36 |
| 69G | | 1/27 | ✓ | ✓ | Glock 22 box with accessories - 1B38 |
| 70 | | 1/27 | ✓ | ✓ | TASCO rifle scope – Item 32 - 1B87 |
| 71 | | 1/27 | ✓ | ✓ | 1 AR-15 magazine – Item 20 - 1B49 |
| 72 | | 1/27 | ✓ | ✓ | Air Rifle – Item 18 - 1B45 |
| 73A | | 1/27 | ✓ | ✓ | M-4 Rifle .223 SCM-107602 - 1B46 |
| 73B | | 1/27 | ✓ | ✓ | MK-4 Magazine – Item 19a - 1B47 |
| 73C | | 1/27 | ✓ | ✓ | MK-4 Magazine – Item 19b - 1B48 |
| 74A | | 1/27 | ✓ | ✓ | Glock 19, 9mm XBK173 - 1B39 |
| 74B | | 1/27 | ✓ | ✓ | Glock 19 Magazine – Item 17a - 1B40 |
| 74C | | 1/27 | ✓ | ✓ | Glock 19 Magazine – Item 17b - 1B41 |
| 74D | | 1/27 | ✓ | ✓ | Glock 19 Magazine – Item 17c - 1B42 |
| 74E | | 1/27 | ✓ | ✓ | 15 9mm cartridges from Glock 19 Magazine Item 17c - 1B43 |
| 74F | | 1/27 | ✓ | ✓ | Glock 19 box with accessories - 1B44 |
| | | | | | |
| | | | | | |
| 66 | | 1/27 | ✓ | ✓ | Plastic Bottle – Item 1 - David McCollam - 1B60 |
| 56 | | | | | Box of Matches – Item 2 - 1B17 |
| 59 | | | | | Box of Matches – Item 3 - 1B20 |
| | | | | | |
| 58 | | | | | Bottle labeled Acetone w/in a metal can – Item 5 -1B19 |
| 62 | | | | | Bottle labeled HCL, contained w/in a box – Item 6 - 1B27 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States | vs. | Harlem Suarez | | | CASE NO. 15-10009-CR-Martinez |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 61 | | | | | Bottle labeled Sulfuric Acid, contained w/l a can – Item 7 - 1B23 |
| | | | | | |
| | | | | | |
| 82A | | 1/27 | ✓ | ✓ | IPhone 5 – A1429 – 571235 – 1B14 - Jeff Etter |
| 82B | | 1/27 | ✓ | ✓ | Phone Dump of 1B14 Report 1B92 |
| 83A | | 1/27 | ✓ | ✓ | ZTE 50727 – 5267 – 1B15 |
| 83B | | 1/27 | ✓ | ✓ | Phone Dump of 1B15 Report 1B90 |
| 84A | | 1/27 | ✓ | ✓ | Mac 17" Computer 1B75 |
| 84B | | | | | Forensic Report Disk from Mac 17" 1B106 |
| 85A | | 1/27 | ✓ | ✓ | Apple Macbook x1005 1B65 |
| 85B | | | | | Forensic Report Disk from Macbook 1B103 |
| 86A | | 1/27 | ✓ | ✓ | iPhone 6Plus – 1B67 |
| 86B | | 1/27 | ✓ | ✓ | iPhone 6Plus Analysis Disk – 1B95 |
| 87A | | 1/25 | ✓ | ✓ | Internet Search History Summary Report Spreadsheet from 1B65 Macbook - CD |
| 87B | | | | | Internet Analysis of Search Terms from 1B65 |
| 87C | | 1/27 | ✓ | ✓ | Internet Analysis of Search Terms from 1B75 |
| 88A | | 1/27 | ✓ | ✓ | iCloud harlemsq.91@live.com analysis report disk 1B107 |
| 88B | | 1/27 | ✓ | ✓ | Photo of iCloud Backup Returns 4/2/15 |
| 88C | | 1/27 | ✓ | ✓ | Photo of iPhone 6 analysis 5/4/15 |
| 88D | | 1/27 | ✓ | ✓ | Photo of iPhone 6 analysis 5/7/15 |
| 88E | | 1/27 | ✓ | ✓ | Photo of iPhone 6 analysis 5/26/15 |
| 88F | | 1/27 | ✓ | ✓ | Photo |
| 88G | | 1/27 | ✓ | ✓ | Photo |
| 88H | | 1/27 | ✓ | ✓ | Photo |
| 87D | | 1/27 | ✓ | ✓ | Internet Search History Summary Report Spreadsheet from 1B75 Mac 17" - CD |
| 52B | | 1/27 | ✓ | ✓ | CD of Photos - CD 6 |
| 89A | | 1/27 | ✓ | ✓ | Photo - Completed Bomb - John Stewart |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States | | vs. | Harlem Suarez | | CASE NO. 15-10009-CR-Martinez |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 89B | | 1/27 | ✓ | ✓ | Photo |
| 89C | | 1/27 | ✓ | ✓ | Photo |
| 89D | | 1/27 | ✓ | ✓ | Photo |
| 89E | | 1/27 | ✓ | ✓ | Photo |
| 89F | | 1/27 | ✓ | ✓ | Photo |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 14F | | 1/25 | ✓ | ✓ | Banana Bay Photo |
| 14G | | 1/25 | ✓ | ✓ | Banana Bay Photo |
| | | | | | |
| | | | | | |
| 15B | | 1/24 | ✓ | ✓ | May 8 Wooded Area Photo |
| 15C | | 1/24 | ✓ | ✓ | May 8 Wooded Area Photo |
| 15D | | 1/24 | ✓ | ✓ | May 8 Wooded Area Photo |
| 15E | | 1/24 | ✓ | ✓ | May 8 Wooded Area Photo |
| 15F | | 1/24 | ✓ | ✓ | May 8 Wooded Area Photo |
| 15G | | 1/24 | ✓ | ✓ | May 8 Wooded Area Photo |
| 15H | | 1/24 | ✓ | ✓ | May 8 Wooded Area Photo |
| | | | | | |
| 88i | | 1/27 | ✓ | ✓ | Photo from Icloud |
| 90 | | 1/27 | ✓ | ✓ | Forensic Rept HTC Phone 356 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |