AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __Florida__

United States of America

v.

Harlem Suarez

**EXHIBIT AND WITNESS LIST**

Case Number: 4:15-cr-10009-JEM

| PRESIDING JUDGE  Judge Jose E. Martinez | PLAINTIFF'S ATTORNEY  Marc Anton, Esq / Karen Gilbert, Esq | DEFENDANT'S ATTORNEY  Richard F. Della Fera, Esq. |
|---|---|---|
| TRIAL DATE(S)  1/20/17 | COURT REPORTER  Dawn Whitmarsh Savino | COURTROOM DEPUTY  Wanda Holston |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | A |  |  |  | UCE1 Phone Call Synopsis for July 10, 2015 and July 12, 2015 |
|  | B |  |  |  | UCE1 Phone Call Compilation Disc for July 10, 2015, July 12, 2015 and July 16, 2015 |
|  | C |  |  |  | UCE2 Phone Call Synopsis for July 22, 2015 |
|  | D |  |  |  | UCE2 Phone Call Compilation Disc for July 22, 2015 |
|  | E |  |  |  | Certified Clerk's Traffic Infractions Records Search Letter for Harlem Suarez |
|  |  |  |  |  | a/k/a Harlem Suarez- Quintana, Monroe County, Florida |
|  | F |  |  |  | Certified Clerk's Felony and Misdemeanor Records Search Letter for Harlem Suarez |
|  |  |  |  |  | a/k/a Harlem Suarez-Quintana, Sixteenth Judicial Circuit, Monroe County, Florida |
|  |  |  |  |  |  |
|  |  |  |  |  | Emmanuel Texiera, Defense Witness |
|  |  |  |  |  | Cesar Fernandez, Defense Witness |
|  |  |  |  |  | Miguel Blanco, Defense Witness |
|  |  |  |  |  | Adam Morales, Defense Witness |
|  |  |  |  |  | Aleida Salado, Defense Witness |
|  |  |  |  |  | Luis Gainza, Defense Witness |
|  |  |  |  |  | Esmeralda Marrero, Defense Witness |
|  |  |  |  |  | Milas Leconre, Defense Witness |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages