UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division

**Case Number: 15-10009-CR-MARTINEZ**

UNITED STATES OF AMERICA

vs.

HARLEM SUAREZ,
   a/k/a "Almlak Benitez,"
   a/k/a "Harlem Quintana,"

    Defendant.
_____/

## **VERDICT**

We, the Jury, unanimously find the Defendant, **HARLEM SUAREZ**, as to:

Count 1 of the Indictment:

GUILTY __✓__   NOT GUILTY _____

Count 2 of the Indictment:

GUILTY __✓__   NOT GUILTY _____

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Key West, Florida, this __31__ day of January, 2017.

_____
Foreperson (print name)

Foreperson (signature)