AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

HARLEM SUAREZ

**EXHIBIT AND WITNESS LIST**

Case Number: 15-10009-CR-MARTINEZ

| PRESIDING JUDGE  Judge Jose E. Martinez | PLAINTIFF'S ATTORNEY  Marc Anton/Karen Gilbert | DEFENDANT'S ATTORNEY  Richard F. Della Fera |
|---|---|---|
| TRIAL DATE (S)  1/20/2017 | COURT REPORTER  Gizella Baan-Proulx | COURTROOM DEPUTY  Wanda Holston |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Court | | 1-23-17 | 1 | | The Florida Keys KeyNoter Newspaper-dated Saturday, January 21, 2017 |
| Court | | 1-24-17 | 2 | | Key West The Citizen Newspaper-dated January 24, 2017 |
| Court | | 1-24-17 | 3 | | The Miami Herald-dated Tuesday, January 24, 2017 pages from 5 to 5 |
| Court | | 1-25-17 | 4 | | Key West The Citizen Newspaper-dated January 25, 2017 |
| Court | | 1-26-17 | 5 | | Key West The Citizen Newspaper-dated January 26, 2017 |
| Court | | 1-27-17 | 6 | | Key West The Citizen Newspaper-dated January 27, 2017 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____1____ Pages

United States District Court
Southern District of Florida

Case Number: *15-CR-10009-JEM*

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to the supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

[X] **NOT SCANNED**

    [ ] Due to Poor Quality

    [ ] Bound Extradition Papers

    [ ] Photographs

    [ ] Surety Bond (Original <u>or</u> Letter of Understanding)

    [ ] CD or DVD (Court Order <u>or</u> Trial Purposes only)

    [X] Other: *News Papers*

[ ] **SCANNED**

    [ ] But Poor Quality

    [ ] Habeas Cases (State Court Record/Transcript)

Date: _____