UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-CR-10009-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff

v.

HARLEM SUAREZ,
    a/k/a "Almlak Benitez,"
    a/k/a "Harlem Quintana,"

    Defendant.

### RELEASE OF EXHIBITS

I, __AUSA MARC ANTON__, as counsel for the plaintiff/~~defendant~~, __UNITED STATES OF AMERICA__, hereby acknowledge that the __TRIAL__ ~~hearing~~/trial has concluded and the exhibit(s) listed below have been returned by the Clerk:

☐ **All non-documentary exhibits. (Contraband and non-documentary physical exhibits.)**

☐ **Audio and/or video exhibits** unavailable for filing at the conclusion of the proceedings.
Exhibit Nos. _____

☑ **Other:** _All evidence received_

Any original exhibits that have been returned to or retained by the filing party shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

Signature of Counsel: _[signature]_     Date: __1/31/17__

Exhibits Released by: _Wanda Holston_
                      Deputy Clerk