AO 243 (Rev. 09/17)

FILED BY___ PG___ D.C.

JAN 0 7 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District   Southern District of Florida | Docket or Case No.:<br>15-cr-10009-Martinez |
|---|---|---|
| Name *(under which you were convicted)*:<br>Harlem Suarez | | |
| Place of Confinement:<br>USP Lee  Pennington Gap, Virginia | | Prisoner No.:<br>06262-104 |
| UNITED STATES OF AMERICA<br><br>V. | | Movant *(include name under which convicted)*<br><br>Harlem Suarez |

### MOTION

1.  (a) Name and location of court which entered the judgment of conviction you are challenging:  *510/2255/mw*

    Southern District of Florida    *Ca #7 an*
    *Case # 15 CR 10009*
    *Judge MARTINEZ Mag REID*
    *Moth ifp ___ Fee pd $ ___*
    *Receipt # _____*

    (b) Criminal docket or case number (if you know):  15-cr-10009-Martinez

2.  (a) Date of the judgment of conviction (if you know):  April 19, 2017

    (b) Date of sentencing:  April 18, 2017

3.  Length of sentence:  LIFE imprisonment

4.  Nature of crime (all counts):
    Count One - attempting to use a weapon of mass destruction

    Count Two - attempting to provide material support to a designated
                foreign terrorist organization

5.  (a) What was your plea?  (Check one)
    (1) Not guilty  [X]        (2) Guilty  [ ]        (3) Nolo contendere (no contest)  [ ]

6.  (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6.  If you went to trial, what kind of trial did you have?  (Check one)    Jury [x]        Judge only [ ]

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes [X]        No [ ]

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?    Yes [x]    No [ ]

9. If you did appeal, answer the following:

   (a) Name of court: U.S. Court of Appeals for the Eleventh Circuit

   (b) Docket or case number (if you know): 17-11906

   (c) Result: Judgment Affirmed

   (d) Date of result (if you know): June 27, 2018

   (e) Citation to the case (if you know): U.S. v. Suarez, 893 F.3d 1330  (11th Cir. 2018)

   (f) Grounds raised:
   I & II - Sufficieny of Evidence Counts One and Two
       III - Eighth Amendment Violation
   Iv & V - Unreasonable or unlawful sentence

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes [X]    No [ ]
   If "Yes," answer the following:

   (1) Docket or case number (if you know): 18-6808

   (2) Result: Petition Denied

   (3) Date of result (if you know): January 7, 2019

   (4) Citation to the case (if you know): _____

   (5) Grounds raised:

       I - Sufficiency of Evidence - Interstate Nexus
       II - Eighth Amendment Violation

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes [ ]    No [x]

11. If your answer to Question 10 was "Yes," give the following information:
    (a)  (1) Name of court: _____
         (2) Docket or case number (if you know): _____
         (3) Date of filing (if you know): _____

AO 243 (Rev. 09/17)

    (4)   Nature of the proceeding: _____

    (5)   Grounds raised:

    (6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

            Yes ☐    No ☑

    (7)   Result: _____

    (8)   Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

    (1)   Name of court: _____

    (2)   Docket of case number (if you know): _____

    (3)   Date of filing (if you know): _____

    (4)   Nature of the proceeding: _____

    (5)   Grounds raised:

    (6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

            Yes ☐    No ☑

    (7)   Result: _____

    (8)   Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)   First petition:    Yes ☐    No ☐

    (2)   Second petition:   Yes ☐    No ☐

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev. 09/17)

12.  For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** WHETHER MR. SUAREZ WAS COMPETENT TO UNDERSTAND THE TRIAL PROCEEDINGS.

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AT ANY TIME AFTER THE COMMENCEMENT OF A PERSON FOR AN OFFENSE AND PRIOR TO THE SENTENCING OF THE DEFENDANT, OR AT ANY TIME AFTER THE COMMENCEMENT OF PROBATION OR SUPERVISED RELEASE AND PRIOR TO THE COMPLETION OF THE SENTENCE, THE DEFENDANT OR THE ATTORNEY FOR THE GOVERNMENT MAY FILE A MOTION FOR A HEARING TO DETERMINE THE MENTAL COMPETENCY OF THE DEFENDANT. (SEE ALSO MEMORANDUM).

(b)  **Direct Appeal of Ground One:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

(2)  If you did not raise this issue in your direct appeal, explain why:

MY LAWYER STATED THE ISSUE WILL BE BROUGHT UP WITHIN OTHER ISSUES

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☑

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3)  Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☑

Page 5 of 13

AO 243 (Rev. 09/17)

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☑

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐   No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: THIS ISSUE WAS NOT RAISED DUE TO THE FACT THAT MY ATTORNEY STATED THAT RAISING THIS ISSUE WITHIN OTHER ISSUES WOULD SUFFICE.

**GROUND TWO:** WHETHER MR. SUAREZ'S ATTORNEY WAS INEFFECTIVE DURING HIS REPRESENTATION.

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):
MY ATTORNEY FAILED TO OBJECT TO JURY INSTRUCTIONS THAT PREJUDICED ME WITH THE JURORS.

(b)  **Direct Appeal of Ground Two:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☑

AO 243 (Rev. 09/17)

     (2)   If you did not raise this issue in your direct appeal, explain why:

AGAIN MY ATTORNEY CLAIMED THE ISSUE WILL BE RAISED WITHIN OTHER ISSUES.

(c) **Post-Conviction Proceedings:**

     (1)   Did you raise this issue in any post-conviction motion, petition, or application?

          Yes ☐     No ☑

     (2)   If you answer to Question (c)(1) is "Yes," state:

     Type of motion or petition: _____

     Name and location of the court where the motion or petition was filed:

     _____

     Docket or case number (if you know): _____

     Date of the court's decision: _____

     Result (attach a copy of the court's opinion or order, if available):

     _____

     (3)   Did you receive a hearing on your motion, petition, or application?

          Yes ☐     No ☑

     (4)   Did you appeal from the denial of your motion, petition, or application?

          Yes ☐     No ☑

     (5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

          Yes ☐     No ☐

     (6)   If your answer to Question (c)(4) is "Yes," state:

     Name and location of the court where the appeal was filed:

     _____

     Docket or case number (if you know): _____

     Date of the court's decision: _____

     Result (attach a copy of the court's opinion or order, if available):

     _____

     (7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: HE AND MY ATTORNEY DISAGREED ABOUT HOW MY CASE WCU HANDLED.

AO 243 (Rev. 09/17)

**GROUND THREE:** WHETHER MR. SUAREZ PROVIDED MATERIAL SUPPORT OR RESOURCES TO A DESIGNATED FOREIGN TERRORIST ORGANIZATION.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
THERE WAS EVIDENCE PROVING THAT I HAD ANY CONTACT WITH A DESIGNATED FOREIGN TERRORIST ORGANIZATION, THE ONLY EVIDENCE WAS SPECULATION.

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☑    No ☐

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes    No ☐

    (2) If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed:

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐    No ☑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☑    No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☑    No ☐

AO 243 (Rev. 09/17)

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** WHETHER MR. SUAREZ, WITHOUT LAWFUL AUTHORITY, USED, THREATENED, OR ATTEMPTED OR CONSPIRED TO USE, A WEAPON OF MASS DESTRUCTION.

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):
THE OFFENSE, OR RESULT OF THE OFFENSE, MUST AFFECT INTERSTATE OR FOREIGN COMMERCE, OR, IN THE CASE OF A THREAT, ATTEMPT, OR A CONSPIRACY, WOULD HAVE AFFECTED INTERSTATE OR FOREIGN COMMERCE, THE GOVERNMENT FAIL TO PROVE THE INTERSTATE NEXUS BEYOND A REASONABLE DOUBT.

(b)  **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑       No ☐

(2)   If you did not raise this issue in your direct appeal, explain why:

(c)  **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ___       No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):


(3)   Did you receive a hearing on your motion, petition, or application?
      Yes [ ]    No [✓]

(4)   Did you appeal from the denial of your motion, petition, or application?
      Yes [ ]    No [✓]

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes [ ]    No [✓]

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):


(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:


13.   Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the
you are challenging?        Yes ☐        No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the
issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the
judgment you are challenging:

(a)  At the preliminary hearing:

(b)  At the arraignment and plea:

(c)  At the trial:

(d)  At sentencing:

(e)  On appeal:

   Bernardo Lopez, AFPD, 1 E. Broward Blvd. Suite 1100, Ft Lauderdale, FL 33301

(f)  In any post-conviction proceeding:

(g)  On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court
and at the same time?        Yes ☑        No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are
challenging?        Yes ☐        No ☑

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future:

(b)  Give the date the other sentence was imposed:

(c)  Give the length of the other sentence:

(d)  Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or
sentence to be served in the future?        Yes ☐        No ☐

AO 243 (Rev. 09/17)

18.    TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain
       why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255,
paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run
    from the latest of –
        (1)   the date on which the judgment of conviction became final;
        (2)   the date on which the impediment to making a motion created by governmental action in violation of
        the Constitution or laws of the United States is removed, if the movant was prevented from making such a
        motion by such governmental action;
        (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has
        been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral
        review; or
        (4)   the date on which the facts supporting the claim or claims presented could have been discovered
        through the exercise of due diligence.

AO 243 (Rev 09/17)

Therefore, movant asks that the Court grant the following relief:

_____

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ .

                                                           (month, date, year)

Executed (signed) on _____ (date)

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.



varez Quintana

ary

24263

Knoxville P&DC TN 379
MON 30 DEC 2019 PM

U8MS INSPECTED
BY

Clerk of Court
United States District Court
Southern District of Florida
400 N. Miami Avenue 8th Floor
Miami, fl, 33128